1
2
3
4
5
6
7
8
9

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Marvin Ray Shelley, | Case No. 4:23-cv-02007-DMR |
| Plaintiff, | **ORDER (AS MODIFIED)** |
| v. | **CONTINUING INITIAL CASE** |
| | **MANAGEMENT CONFERENCE** |
| Leisure Hotel Group, LLC, | |
| Defendant. | |

Pursuant to the stipulation of Plaintiff Marvin Ray Shelley and Defendant Leisure Hotel Group, LLC to continue the November 1, 2023 Initial Case Management Conference to allow for the Court to rule on Defendant's Motion to Dismiss,

IT IS ORDERED that the Initial Case Management Conference set for November 1, 2023 at 1:30 p.m. is vacated and continued to January 31, 2024 at 1:30 p.m. in Oakland, by Videoconference only. Parties shall file a joint case management conference statement by January 24, 2024. All counsel and parties may access the webinar information (public hearings) at **https://cand.uscourts.gov/judges/ ryu-donna-m-dmr/.**

IT IS SO ORDERED AS MODIFIED.

Dated: <u>October 26, 2023</u>

_____
Donna M. Ryu
Chief Magistrate Judge