Richard Morin (SBN 285275)
Law Office of Rick Morin, PC
500 Newport Center Drive Suite 610
Newport Beach, CA 92660
Phone: (949) 996-3094
Email: legal@rickmorin.net

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Marvin Ray Shelley,<br><br>   Plaintiff,<br>v.<br><br>Leisure Hotel Group, LLC,<br><br>   Defendant. | Case No. 4:23-cv-02007-DMR<br><br>**STIPULATION FOR DISMISSAL OF ENTIRE CASE WITH PREJUDICE** |

  Plaintiff Marvin Ray Shelley and Defendant Leisure Hotel Group, LLC hereby stipulate and agree to dismiss this entire action of all parties and causes of action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

  Respectfully submitted,

Dated: September 11, 2024        Law Office of Rick Morin, PC

                      _____
                      By: Richard Morin
                      Attorney for Plaintiff

Dated: September 11, 2024         STILLMAN ASSOCIATES

                      /s/ Phillip H. Stillman
                      By: Phillip H. Stillman
                      Attorney for Defendant

**SIGNATURE ATTESTATION**

I hereby attest that all signatories listed above, on whose behalf this Stipulation is submitted, concur in its contents and have authorized the filing.

Dated: September 11, 2024          Law Office of Rick Morin, PC

_____
By: Richard Morin
Attorney for Plaintiff